JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW MATTLE,<br><br>    Plaintiff,<br><br>v.<br><br>C.R. BARD, INC., AND BARD PERIPHERAL VASCULAR, INC.,<br><br>    Defendants. | Case No. 2:19-cv-07795-MWF-PJW<br><br>**ORDER** |

Before the Court is the Parties' Joint Stipulation of Dismissal Without Prejudice, filed on February 10, 2022. The Parties stipulate and agree that the above-captioned case be dismissed without prejudice, with each party to bear its own costs. (*See*, Fed. R. Civ. P. 41(a)(1)(A)(ii)).

IT IS ORDERED that the case is hereby **CLOSED.**

SIGNED this  11th  day of     February     , 2022.

*/s/ Michael W. Fitzgerald*
MICHAEL W. FITZGERALD
United States District Judge